RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2017 SEP -7 AM 9:28
JAMES W. McCORMACK
BY:___

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 0 7 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS _____ DIVISION**

CASE NO. __5:17CV233-BRW-JTR__

This case assigned to District Judge __Wilson__
and to Magistrate Judge __Ray__

Jury Trial: ☒ Yes ☐ No (Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __Krisna Clark__
ADC # _____

Address: __1000 Ricebelt Ave Dewitt AR 72042__

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Todd Wright__
Position: __Dep. Sheriff__
Place of employment: __Sheriff Department__
Address: __1000 Ricebelt Ave Dewitt, AR 72042__

Name of defendant: __Joseph Gorman__
Position: __Administrative Officer__

Place of employment: Arkansas County Jail Detention Center

Address: 1000 Ricebelt Ave Dewitt, AR 72042

Name of defendant: ~~~~~~~ Kendon Williams

Position: Jailer

Place of employment: Arkansas County Jail Detention Center

Address: 1000 Ricebelt Ave Dewitt AR 72042

Name of defendant: Curtis Fluker

Position: Jailer

Place of employment: Arkansas County Jail Dention Center

Address: 1000 Ricebelt Ave Dewitt AR 72042

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N.A.

N/A

Defendants: N.A.

-5-

☐ Court (if federal court, name the district; if state court, name the county): N.A.

☐ Docket Number: N.A

☐ Name of judge to whom case was assigned: N.A

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

☐ Approximate date of filing lawsuit: N/A

☐ Approximate date of disposition: N/A

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: I'm County Jail for Parole Violation

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ~~____~~   No __✓__
Because the Dep. Sheriff thats Above the Administrative will not return my step three to me retaliating on me for I cant file my 1983/complaint

-6-

        First Name    middle Name    Last Name

1. Krisna Pierre Clark / D.O.B. 2-26-87 Arived at Arkansas County Jail Dention Center on 7-26-17.

2. I was then taken to the booking room to get booked in, officer Hunter West booked me in.

3. After I was booked In I was Escourted By officer Curtis Fluker and Put in E-Pod.

4. As I walked to my cell I begain to see How the Hazard slide locks on the Cell Door where.

5. Then begain to see that the electronic locks did not work Properly or Roll Properly.

6. I stated many times to officer Curtis Fluker about the slide locks when He comes into our cell Doing his security Rounds but He Still failed to write It up And Report It.

7. I Also stated to officer Curtis Fluker and officer Kendon Williams About the locks needing Proper Roll + Release electronic locks and Replaced cause if A fire breaks out we Can be Killed or Die.

(7)

8. When I Stated this At the time to officer Curtis Fluker and officer Kendon Williams we where Standing out side the cell At this time in front of the Security camera in C-POD because At that time I was moved.

9. I then Stated to officer Curtis Fluker and officer Kendon Williams that the locks where A HAZARD And by Policy we Are Supposed to be OR.10 out officer Curtis Fluker then Stated "I supposed So you Are right MR. Clark, officer Kendon Williams was A witness to officer Curtis Fluker Saying this on the Security camera.

10. I then Stated to Curtis Fluker and officer Kendon Williams that this needs to be wrote up once again And took to there L.t. they Stated there is Nothing I Can Do or want to Do About it I dont Care if its Policy.

11. I Stated "O.K. And that Something will be done About it thats all right."

12. Officer Fluker then Stated "Do what you have to Do It Dont Matter to me",

13. I wrote Several Grievances on this matter and →

14.) On my second step grievance concerning my First step Joseph Gorman the Administrative officer stated that the state Allready come down to look At the locks and that its not A HAZARD.

15.) I Krisna Clark Knew that Joseph Gorman the Administrative officer was making A false statement on his behalf on legal Documents.

16.) I Krisna Clark Knew that the state never Came Down to see the Metal slide locks Cause The Administrative and Also TODD wright Dep. Sheriff thats Above the Administrative would have locked everyone down for security Purposes.

17.) I stated to my Self that the state is Putting my Life and other inmates Life At harm or the Administrator is making false statements On the state.

18.) If the state said it was not A hazard why Are you going to get them fixed because of the convinence of them thats what was stated from Joseph Gorman my Grievance.

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2017 SEP -7  AM 9:28

JAMES W. McCORMACK

BY:_____

19. I Also feel that it is a Security Risk to have Metal slide locks outside the doors because myself or any other Inmate can be getting harmed by another Inmate and If I Push the Intercom, They would Have to come unlock the locks manually Instead of electronically And My life May be taken.

20. I Also Sent off My third Step Grievance Step Concerning My Second Step About the HAZARD Slide locks and Black mold which was A case I been filed and was working on which was Case Number: 5:17-CV-00219-BSM-JTK.

21. But Dep. Sheriff TODD Wright thats Above the Administrative would not Answer my third Step Retaliating on me Trying to Keep me from Completely exhausting My Grievances and appealing to All levels within the grievance procedure for I could not file my 1983 complaint.

22. I Knew That I was being retaliated on because I have been waiting on my grievance respond over the grievance time.

23. I Even Had the Jailer/officer MS. Denise Duncan → Check my file to see if I had a Copy of my Grievance Concerning my Second Step About The Hazard Slide locks, I even Told her to Check to see if I had any grievance in my file with a responce from todd wright She Stated "No" There is No responce of todd wright OR any grievances of todd wright Alone on them And No third step grievance.

24. I then stated to officer curtis Flukker the Next day when he come to work About my grievances Saying that there where not in my file and you where the Officer that turned them in where are they.

25. I then Stated you do know where they Are You turned Them in OR you did not I know you told todd wright not to Send them back to me So Im going to have to write you up He Stated So I Dont give A Damn CLARK Do what you have to Do.

26. and Stated Also TO ME I did tell him dont turn them in back to you so what you going to Do About It, you locked up.

27. I Then wrote A grievance on officer Curtis Fluker and Dep. Sheriff Todd Wright About retaliating on me not returning my Step three grievance concerning my Second Step about the HAZARD slide locks + black mole

28. ~~So when I wrote both officers~~ up I got A response back from the Administrative Officer Joseph Gorman Stating on both grievances Stating on the one grievance on Todd Wright. Joseph stated At the bottom Action Taken "I recieved these and placed on Todd's desk. He has been out office this week. Then on the grievance on Curtis Fluker He stated At the Bottom "These were Sent to Todd who is out of office this week

29. But I still have not get my grievance back nor is it in my file; So Therefore I Still filed my complaint on them Hoping That the Administrative response cover my Self And the ~~acknowledgment~~ that there violating my constit~~utidu at~~ rights. I declare under Penalty of Perjury ~~that~~ the foregoing IS True and correct ~~and therein to~~ best of my Knowledge.

Krisma Clark

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I Pray that this Honorable court grant me the relief that they Deem that is Necessary.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __14__ day of __Aug__, 20__17__.

Krisna Pierre Clark
Krisna Clark
Krisna Clark
Signature(s) of plaintiff(s)

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2017 SEP -7 AM 9:27
JAMES W. McCORMACK
BY: _____

**Inmate Name (Print):** Krisma Clark

## Arkansas County Detention Center
### Grievance Form

**What is your complaint? (Explain briefly):**

Due to the fact that metal locks on the door is a fire HAZARD and safety we are not supposed to have las bolts to lock us down it's a violation of the fire and safety right I fear if anything happens my life is in danger.

**Is this an emergency situation?**     Yes ☑   No ☐

**Have you spoken to the Shift Supervisor?**   Yes ☑   No ☐

**What do you think should be done to resolve this problem?**

Proper Roll + Release electronic locks Replaced.

**Inmate's Signature:** Krisma Clark     **Date:** 8/5/17

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**To be filled out by jail employees**

**Officer accepting grievance form:** _____   **Date:** _____

**Action Taken:**

If a fire happens, the guards first responsibility is to let yall out.

**Administrative Officer:** _____   **Date:** 8/7/17

**POD:** E       **Inmate Name (Print):** KRISNA CLARK

## Arkansas County Detention Center
### Grievance Form

**What is your complaint? (Explain briefly):**

This is My Second Step Cocerning My First Step About The metal locks on the Door being A HAZArd.

**Is this an emergency situation?**     Yes ☑   No ☐

**Have you spoken to the Shift Supervisor?**   Yes ☑   No ☐

**What do you think should be done to resolve this problem?**

I Said what needs to be Done About this uncivilized matter and Nothing has been Done

**Inmate's Signature:** Krisna Clark       **Date:** 8/8/17

---

*To be filled out by jail employees*

**Officer accepting grievance form:** _____   **Date:** _____

**Action Taken:**

State has come down and seen the locks. it is not a hazard. I am hoping to have them fixed at the end of the year due to the convienince of them

**Administrative Officer:** [signature]       **Date:** 8/8/17

POD: _____  Inmate Name (Print): KRISNA CLARK

## Arkansas County Detention Center
### Grievance Form

What is your complaint? (Explain briefly):

I have sent off two Grievancess to todd wright Dep. Sheriff, an officer curtis Fluker was the officer that turnt my grievancess IN both (griev) where ste
Three concerning my Stet two About the locks on the Dock and About t uck hole and the showers there was A request to both grievancess and I Also Put on the quest Forms and grievance forms todd wright Name saying todd wright only cause he bove the Administrative my grievancess Are being Hidden and todd wright Are Sta That they wher Lost

Is this an emergency situation?  Yes ☑  No ☐

Have you spoken to the Shift Supervisor?  Yes ☑  No ☐

What do you think should be done to resolve this problem?

I want my family to be contacted for me A.S.A.P. for they can ta e Eternal AFFAIRS to INVestigate this matter and Put todd wright on the R R I will tell my family my self and Stell Contact the Eternal AFFAI my self here is the Phone # and ADDress 111 center St #2200, Phone # Little Rock AR 72201  501-857 f I Dont see both of my grievance forms Actions will be taken.  0575

Inmate's Signature: Krisna Clark    Date: 8/14/17

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To be filled out by jail employees

Officer accepting grievance form: _Jerry___ Date: 8/14/17

Action Taken:

I recieved these and placed on Todd's desk. He has been out of office this week.

Administrative Officer: _Joseph___  Date: 8/16/17

POD: _____  Inmate Name (Print): __KRISTIN CLARK__

## Arkansas County Detention Center
### Grievance Form

**What is your complaint?** (Explain briefly):

I sent out Two ~~grievances~~ Step three Grievancess Concerning my second step About the Hazard locks and About the black Mole officer ~~Chase~~ Curtis fluker Post to have put them in the box put I know He got together with todd wright and told hi not to Send them back to me.

~~Is this an emergency situation?~~   Yes ☑   No ☐

Have you spoken to the Shift Supervisor?   Yes ☑   No ☐

**What do you think should be done to resolve this problem?**

I fear for my Life becaus curtis fluker Is Helping the Dep Sheriff Hide my files & grievancess.

Inmate's Signature: __Krisna Clark__   Date: __8/16/17__

---

*To be filled out by jail employees*

Officer accepting grievance form: _____   Date: _____

**Action Taken:**

These were sent to Todd who is out of office this week

Administrative Officer: __Joseph Gn__   Date: __8/16/17__